# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 17-4781-AG<br>CV 17-4928-AG | Date | September 8, 2017 |
|---|---|---|---|

| Title | IN RE LAWRENCE KEITH DODGE |
|---|---|

| Present: The Honorable | ANDREW J. GUILFORD, U.S. DISTRICT JUDGE | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** [IN CHAMBERS] **ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

The Court on its own motion, hereby ORDERS Appellant(s) to show cause in writing no later than September 29, 2017 why this action should not be dismissed for lack of prosecution. Alternatively, it will be a sufficient response to this OSC to have filed on or before the OSC date in this paragraph the following:

• Appellants opening brief

Appellant(s) have the responsibility to respond promptly to orders and to prosecute the action diligently, including filing the designation of record, statement of issues on appeal and notice regarding the ordering of transcripts with the Bankruptcy Court.

NO oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a motion or the Certificate of Readiness on or before the date upon which a response by appellant is due.

Appellant shall move this case forward or it will be dismissed.

  : 0

Initials of Preparer

lmb